UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION                    FILED
                                        2015 OCT -7 AM 11: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. SA15CR0684 |
| Plaintiff, | INDICTMENT |
| VS. | [Ct 1: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A) Conspiracy to Distribute and Possess with Intent to Distribute 500 grams or more of Methamphetamine |
| ELIJIO GARCIA, | Ct 2: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A) Attempt to Possess with Intent to Distribute 500 grams or more of Methamphetamine] |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

That beginning on or about August 1, 2015, the exact date unknown to the Grand Jury, and continuing until September 19, 2015, in the Western District of Texas, Defendant,

### ELIJIO GARCIA

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 21, United States Code, Section 846, that is to say, he conspired to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(A);

## COUNT TWO
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]

That on or about September 19, 2015, in the Western District of Texas, Defendant,

## ELIJIO GARCIA

did knowingly, intentionally and unlawfully attempt to possess with the intent to distribute, a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
ERIC FUCHS
Assistant United States Attorney